CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 3 1 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KENNETH EDWARD BARBOUR,** ) | Civil Action No. 7:09-cv-00323 |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| **VIRGINIA DEPT. OF CORRECTIONS,** ) | By: Hon. James C. Turk |
| Defendant. ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

ORDERED

that plaintiff's complaint is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 31st day of July, 2009.

/s/ James C. Turk
Senior United States District Judge